IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

MOSTAFA KAMAL                                                                                                    PLAINTIFF

v.                                                                 CIVIL ACTION NO. 3:22-CV-208-SA-RP

SWINNEA ENTERPRISE, INC. d/b/a SWINNEA
FOOD MART; HABIBUR RAHMAN; and
SYED AKRAM HOSSAIN                                              DEFENDANTS

### ORDER DISMISSING CASE

On June 2, 2025, the Court held a show cause hearing in this case. During the hearing, the parties conferred outside of the presence of the Court and reached a settlement agreement in principle. The parties announced the settlement on the record, and the Court, having weighed the applicable considerations in an FLSA case, orally approved the settlement.

For the reasons stated on the record, the parties' settlement is APPROVED. The pending Motion for Attorneys' Fees [102] is TERMINATED. This CASE is CLOSED. Should the settlement fail to be finalized, either party may file a motion to reopen the case.

SO ORDERED, this the 3rd day of June, 2025.

                                                                                 /s/ Sharion Aycock
                                                                                 SENIOR UNITED STATES DISTRICT JUDGE